IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

FILED

JAN - 4 2011

CLERK, U.S. DISTRICT CCURT
RICHMOND, VA

UNITED STATES OF AMERICA,

Plaintiff

v.                                    CASE NO.    3:10CR300

TRINIDAD GUEVARA-PALMA

Defendant.

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter is before the court pursuant to Title 28 U.S.C. § 636(b)(1)(B) and (b)(3) upon

the Defendant's request to enter a **plea** of guilty pursuant to Fed. R. Crim. P. 11. The matter was

presented to the court upon the written consent of the Defendant and counsel for the Defendant

to proceed before a United States Magistrate Judge, said consent including the Defendant's

understanding that **he** consented to not only having the Magistrate Judge conduct the hearing and

enter any order of forfeiture, if applicable, but also to having the Magistrate Judge make

necessary findings and accepting any guilty plea as may be entered that could not be withdrawn

except for fair and just reason.

The Defendant pled guilty to Count1 of the **Indictment** in open court and pursuant to a

Rule 11 inquiry. Upon consideration of the responses and statements made by the Defendant

under oath, on the record, and statement of facts presented, the court makes the following

findings:

1.     That the Defendant is competent to enter a plea of guilty;

2.     That the Defendant understands the nature of the **charge** against

**him** to which **his plea** is offered;

3.     That the Defendant understands what the maximum possible penalties are upon conviction of the **offense** charged, including any mandatory minimum periods of confinement, the effect of any required term of supervised release, the loss of various civil rights (if applicable, including the right to vote, the right to hold public office, the right to own and possess a firearm), the possibility of adverse immigration consequences (if applicable), the required imposition of a special assessment, forfeiture of real and/or personal property (if applicable), and restitution (if applicable);

4.     That the Defendant understands the federal sentencing guidelines may be considered by the court with regard to the imposition of sentence and that the sentencing court may depart from any recommended level;

5.     That the Defendant understands **his/her** right to persist in a plea of not guilty and require that the matter proceed to trial with all the rights and privileges attending a trial, including, but not limited to: the right to effective assistance of counsel; the right to use the power and processes of the court to compel evidence on the Defendant's behalf; the right to confront and cross-examine adverse witnesses; the right to present relevant evidence; the right to remain silent; and the right to trial by jury; and

6.     That the **plea** of guilty entered by the Defendant **was** knowingly and voluntarily made with full knowledge of the consequences and with an independent basis in fact to support said **plea.**

Accordingly, the court accepted the Defendant's **plea** of guilty to Count 1 of the **Indictment** and entered judgment of guilt on the subject **charge.** It is therefore the

recommendation of this court that its findings, including the acceptance of the Defendant's **plea** of guilty and resulting **judgment** of guilt, be adopted.

Let the Clerk forward a copy of this report and recommendation to counsel of record.

It is so Ordered.

/s/
_____
Dennis W. Dohnal
United States Magistrate Judge

Dated: JAN - 4 2011

## NOTICE

The Defendant is advised that he/she may file specific written objection to this report and recommendation with the court within fourteen (14) days of this date. If objection is noted, the party objecting must promptly arrange for the transaction of the relevant record and file it forthwith with the court for its use in any review. Failure to object in accordance with this notice, including the requirement for preparation of a transcription of the relevant portions of the record, will constitute a waiver of any right to *de novo* review of the matter and may result in adoption of the recommendation, including the finding of guilt as entered by the magistrate judge.